# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

136523

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

JOSEPH MARRHEW HASKIN,
    Defendant-Appellee.

SC: 136523
COA: 272103
Crawford CC: 05-002380-FH;
05-002352-FH

_____/

On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Horton* (Docket No. 135021) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

*Corbin R. Davis*
Clerk

p0721